

# Statement

| DATE | COMPANY | CUST NO | PAY THIS AMOUNT |
|---|---|---|---|
| 12/31/2016 | SO00 | ■0901 | $1,342.80 |

We accept  VISA DISCOVER

Airgas USA, LLC
2015 VAUGHN RD STE 400
KENNESAW GA 30144-7802

Payer  ■0901

39370 1 AT 0.399  T152 3DG325 PL4 S296
FILLINGANE MEDICAL CLINIC
154 ETHEL WINGATE DR UNIT 401
PENSACOLA FL 32507-8186


039370
3

**PLEASE MAKE CHECKS PAYABLE AND REMIT TO:**

AIRGAS USA, LLC
PO BOX 532609
ATLANTA GA 30353-2609

13209011M12132090100001342801

TO ENSURE PROPER CREDIT, PLEASE RETURN THE UPPER PORTION WITH YOUR REMITTANCE. FOR QUESTIONS ON YOUR ACCOUNT PLEASE CALL 678-903-7714

| CUSTOMER NO | REGION | DATE | CUSTOMER NAME | PAGE |
|---|---|---|---|---|
| ■0901 | SO00 | 12/31/2016 | FILLINGANE MEDICAL CLINIC | 1 |

| INVOICE DATE | INVOICE NUMBER | DIS | CURRENT | 1 TO 30 | 31 TO 60 | 61 TO 90 | OVER 90 DAYS |
|---|---|---|---|---|---|---|---|
| 08/31/15 | 9930335009 | | | | | | 74.45 |
| 09/30/15 | 9931060913 | | | | | | 72.65 |
| 10/31/15 | 9931784786 | | | | | | 74.45 |
| 11/30/15 | 9932526198 | | | | | | 72.65 |
| 12/31/15 | 9933233809 | | | | | | 74.45 |
| 01/31/16 | 9933976742 | | | | | | 74.45 |
| 02/29/16 | 9934696168 | | | | | | 67.70 |
| 03/31/16 | 9935187773 | | | | | | 74.45 |
| 04/30/16 | 9935923607 | | | | | | 77.47 |
| 05/31/16 | 9936652005 | | | | | | 79.43 |
| 06/30/16 | 9937353296 | | | | | | 77.83 |
| 07/31/16 | 9938058978 | | | | | | 79.80 |
| 08/31/16 | 9938803745 | | | | | | 79.80 |
| 09/30/16 | 9939515844 | | | | | 77.83 | |
| 10/31/16 | 1602876571 | | | | | 14.97 | |
| 10/31/16 | 9940239156 | | | | 79.80 | | |
| 11/30/16 | 1602913201 | | | | 15.61 | | |
| 11/30/16 | 9940953306 | | | 77.83 | | | |
| 12/31/16 | 1602941288 | | 17.38 | | | | |
| 12/31/16 | 9941713420 | | 79.80 | | | | |
| | | | 97.18 | 77.83 | 95.41 | 92.80 | 979.58 |

**EXHIBIT E**

TOTAL BALANCE  $1,342.80

FOR WIRE TRANSFER PAYMENTS
AIRGAS USA, LLC
Acct No. ■
PNC Bank, ABA No ■
REF SO00/1320901

Payments received on the last business day of the month may not be reflected in your current statement.

For change of address
email to: sdiv_adrss@airgas.com
or call 678-903-7716

REV 8.1.16 0085797

 **comcast.**

| | |
|---|---|
| Account Number | 9695-01-5 |
| Billing Date | 05/07/16 |
| Unpaid Balance | $480.44 - Due Now |
| New Charges | $501.84 - Due 05/25/16 |
| Total Amount Due | $982.28 |
| | Page 1 of 2 |

Contact us: @ www.business.comcast.com  800-391-3000

**Fillingane Medical Clinic**

For service at:
1021 N FLOWOOD DR
FLOWOOD MS 39232

## News from Comcast

Your account is now past due and is subject to a late fee. We value you as a customer and understand that this may be an oversight. To continue to receive our variety of programming, please remit payment immediately.

Go paperless with Ecobill, sign up to view and pay your Comcast Business bill online at business.comcast.com/myaccount.

**Monthly Statement**

| | |
|---|---|
| Previous Balance | 480.44 |
| Payments - received by 05/07/16 | 0.00 |
| **Unpaid Balance - Due Now** | 480.44 |
| New Charges - Due by 05/25/16 | 501.84 |
| see below for more information | |
| **Total Amount Due** | **$982.28** |

**New Charges Summary**

| | |
|---|---|
| Comcast High-Speed Internet | 249.95 |
| Comcast Digital Voice | 234.60 |
| Other Charges & Credits | 6.14 |
| Taxes, Surcharges & Fees | 11.15 |
| **Total New Charges** | **$501.84** |

Thank you for being a valued Comcast customer

---

Detach and enclose this coupon with your payment. Please write your account number on your check or money order. Do not send cash.

 **comcast.**

COMCAST CABLE
5915 I 55 NORTH
JACKSON MS 39213-9722

AV 01 003946 73366B 17 A**5DGT
Fillingane Medical Clinic
1021 N FLOWOOD DR
FLOWOOD MS 39232-9533

| | |
|---|---|
| **Account Number** | 9695-01-5 |
| **Payment Due by** | Due Now |
| **Total Amount Due** | $982.28 |
| **Amount Enclosed** | $ |

Make checks payable to Comcast

COMCAST CABLE
PO BOX 105257
ATLANTA GA 30348-5257



# GE HEALTHCARE

**DBA:** GE HEALTHCARE

**FEDERAL ID#:**

| | |
|---|---|
| **REMIT INVOICE NUMBER:** | 6000584016 |
| **INVOICE DATE:** | 01-Sep-2016 |
| **CUSTOMER ACCT:** | 2508 |
| **GE REFERENCE#:** | 0351830 MSA - 2013- 0 |
| **CUSTOMER PO#:** | SIGNED AGREEMENT |

748

| **AMOUNT DUE:** | **$590.59 (US DOLLARS)** |
|---|---|
| **DUE DATE:** | **01-Oct-2016** |
| Remit to: | GE HEALTHCARE |
| US MAIL: | P.O. Box 96483 * CHICAGO IL 60693 |
| Wire/EFT information: | ABA              ACCOUNT |
| If Wire/EFT, please email remittance advice to: GEHCWire@ge.com | |

**SOLD TO:**
FILLINGANE MEDICAL CLINIC PA
ACCOUNTS PAYABLE
1021 N FLOWOOD DR
FLOWOOD, MS 39232-9533

**SHIP TO:**
FILLINGANE MEDICAL CLINIC PA
1021 N FLOWOOD DR
FLOWOOD, MS 39232-9533

Page 1 of 1

| PAYMENT TERMS: 30 Net | CONTRACT #: 0351830 MSA - 2013- 0 | CUSTOMER ACCT: 2508 |
|---|---|---|
| FE NAME: | | MODALITY: |
| GE SALES REP OR FE: SERVICE-STAFF + ADMIN | | SERV MANAGER: |

Inquiries regarding this Invoice should be directed to: 1-800-581-5600

| ITEM NO. | DESCRIPTION | QUANTITY | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|
| | BILLING FOR CONTRACT # 0351830 MSA - 2013- 0 FOR THE PERIOD OF 09/01/2016 TO 09/30/2016 | | | |
| 1 | Inv/Credit Period:09/01/2016 to 09/30/2016, Serial#:, LOGIQ P6 BT09, Line Comment: SYSTEM ID: LP6113767 | 1 | $551.95 | $551.95 |
| | | | TOTAL | $551.95 |
| | | | TAX | $38.64 |
| | | | SHIPPING/HANDLING | $0.00 |
| | | | TOTAL AMOUNT | $590.59 |

Please include the Invoice / Credit Memo number for proper credit:
**6000584016**

PAST DUE INVOICES ARE SUBJECT TO A SERVICE CHARGE OF 1 5% PER MONTH NOT TO EXCEED THE MAXIMUM RATE ALLOWED BY LAW ALL ORDERS SUBJECT TO GE HEALTHCARE TERMS AND CONDITIONS

Goods and services or reimbursements associated with the ordered products or services and provided under contract without separately identified charges constitute discounts or other reductions in price under applicable federal law It is the customer's responsibility to disclose such discounts or other reductions in price in the manner required under state or federal program which provides reimbursement to the customer for or related to the products or services under the contract.





**MedComp Sciences, LLC**
20203 McHost Rd   Suite A
Zachary, LA  70791
(225)570-8486
ap@medcompsciences.com
http://www.medcompsciences.com

# INVOICE

INVOICE #  2632
DATE  04/07/2015
DUE DATE  04/22/2015
TERMS  Net 15

**BILL TO**
Fillingane Medical Clinic
1021 North Flowood Drive
Jackson, MS  39232

**SHIP TO**
Fillingane Medical Clinic
1021 North Flowood Drive
Jackson, MS  39232

**PAST DUE**

Please detach top portion and return with your payment.

**SHIP DATE**
03/17/2015

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| 6-Panel Reveal POC Cup<br>6-Panel Reveal POC Cup<br>Sales Tax Included | 100 | 2.40 | 240.00 |

Thank you for choosing MedComp Sciences, LLC for your laboratory needs.

**BALANCE DUE**           **$240.00**

# ADVANCED RECOVERY SYSTEMS
Member American Collectors Association, Inc

P.O. Box 80766 • Valley Forge, PA 19484

Telephone: (610) 354-0990 • Toll Free: (888) 354-0990 • Fax: (610) 354-0996

September 2, 2016

FILLINGANE MEDICAL CLINIC
154 Ethel Wingate Dr Unit 401
Pensacola FL 32507-8186

ARS Account #: 6108
Re: PAWNEE LEASING CORPORATION
 FILLINGANE, CHARLES
Original Account #: 3067
Balance: $7,314.87

*We have been retained in the matter of your delinquent obligation to PAWNEE LEASING CORPORATION. This inquiry is being sent in an effort to determine your reason for nonpayment. Please call, or forward to our offices an explanation of why you continue to carry this delinquent payable. Otherwise, please mail the balance shown above in the return envelope provided.*

*If you were involved in a bankruptcy, please contact our office to validate the filing information a soon as possible. Demands made in this letter do not pertain to debts protected under an active filing or discharge.*

*Sincerely,*

*ADVANCED RECOVERY SYSTEMS   Toll Free (888) 354-0990   Fax (610) 354-0996*

*Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume this debt to be valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor. This is an attempt to collect a debt. Any information obtained will be used for that purpose.*

3-CDARSY-002-06/28/13

*** Please detach the lower portion and return with your payment ***

Y1BEE76BA6

P.O. Box 80766
Valley Forge PA 19484-0766
ADDRESS SERVICE REQUESTED

| IF YOU WISH TO PAY BY CREDIT CARD, CIRCLE ONE AND FILL IN THE INFORMATION BELOW. |
| --- |
| MasterCard    VISA    |
| CARD NUMBER | EXP. DATE |
| CARD HOLDER NAME | CVV |
| SIGNATURE | AMOUNT PAID |

Re: PAWNEE LEASING CORPORATION
Original Account #: 3067
Balance: $7,314.87

000612002400007211603250781860I-1YA1-Y1BEE76BA6 3

- 3
FILLINGANE MEDICAL CLINIC
154 Ethel Wingate Dr Unit 401
Pensacola FL 32507-8186



Advanced Recovery Systems
P.O. Box 80766
Valley Forge PA 19484-0766




Account number: ████████9807 ■ June 1, 2016 - June 30, 2016 ■ Page 2 of 6



**WELLS FARGO**

- You can close your account at any time if the account is in good standing (e.g., does not have a negative balance or any restrictions on the account).

- If your account is an interest-earning account, it will cease to earn interest from the date you request it be closed.

- If your account has Overdraft Protection and/or Debit Card Overdraft Service, these services will be removed when you request to close your account.

- If your account balance does not reach zero within 30 days from the date of your request to close your account, we will charge you the applicable monthly service fee if you do not meet the requirements to avoid the monthly service fee. If the monthly service fee is greater than your account balance, only the amount equal to your account balance will be charged and your account will be closed.

- After 30 days, if your account balance does not reach zero, your account will be returned to active status and subject to all applicable fees. If your account is a variable interest earning account, the interest rates disclosed in the rate sheet in effect on the date your account is returned to active status will apply. We may change the interest rate for variable rate accounts at any time. You will need to reestablish Overdraft Protection and/or Debit Card Overdraft Service if desired by contacting your banker or calling the number on your statement.

### Activity summary

| | |
|---|---|
| Beginning balance on 6/1 | -$3,150.41 |
| Deposits/Credits | 8,624.37 |
| Withdrawals/Debits | - 5,473.96 |
| **Closing balance on 6/28** | **$0.00** |
| Average ledger balance this period | -$2,184.75 |

Account number: ████████9807

**SAM FILLINGANE D O P A**

*Mississippi account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ████████

For Wire Transfers use
Routing Number (RTN): ████████

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.