___



SO ORDERED,

*Edward Ellington*

**Judge Edward Ellington**
**United States Bankruptcy Judge**
**Date Signed: August 13, 2018**

The Order of the Court is set forth below. The docket reflects the date entered.
___

In the United States Bankruptcy Court
for the Southern District of Mississippi

In re: Charles Samuel Fillingane and Freida Lynne Fillingane

           Chapter 13 # 17-01095 EE

BankPlus
v.               ADV # 17-00055 EE
Charles Samuel Fillingane and
Freida Lynne Fillingane

      Order Granting Motion to Dismiss Defendant
     Freida Lynne Fillingane from Adversary Proceeding

 This matter came before the court on the defendants' motion to dismiss the debtor Freida Lynne Fillingane (Dkt #36) as a defendant in the above styled adversary proceeding and there having been no response or opposition, the Court finds that the motion should be granted.

 It is therefore Ordered that the defendant Freida Lynne Fillingane is hereby dismissed as a defendant in the above styled adversary proceeding.

          ##End of Order##

*/s/ Frank Coxwell*
Frank H. Coxwell MSB# 7781
Attorney for Defendants
1675 Lakeland Drive Suite 102, Jackson, MS 39216
(601) 948-4450 fax (601) 608-7858
frank@coxwellattorneys.com