___



**SO ORDERED,**

*[signature: Edward Ellington]*

**Judge Edward Ellington**
**United States Bankruptcy Judge**
**Date Signed: October 15, 2018**

The Order of the Court is set forth below. The docket reflects the date entered.

___

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN RE: CHARLES SAMUEL FILLINGANE** | **CASE NO. 17-01095-EE** |
| **and FREIDA LYNNE FILLINGANE** | **CHAPTER 7** |
| **DEBTORS** | |
| **BANKPLUS** | **PLAINTIFF** |
| **v.** | **ADV. PROC. NO. 17-00055-EE** |
| **CHARLES SAMUEL FILLINGANE** | **DEFENDANT** |

### AGREED ORDER ON BANKPLUS'S UNOPPOSED MOTION TO EXTEND CERTAIN SCHEDULING ORDER DEADLINES

This matter is before the Court on *BankPlus's Unopposed Motion to Extend Certain Scheduling Order Deadlines* (Dkt. # 47, the "Motion"), which requests the extension of certain deadlines in the *Scheduling Order* (Dkt. # 21, the "Scheduling Order") entered in this adversary proceeding. The Court, having considered the Motion, being fully advised in the premises, and having been advised that BankPlus and Defendant Charles Samuel Fillingane (the "Defendant") have agreed to the relief set forth herein, finds that the Motion is well taken and should be granted.

**IT IS THEREFORE ORDERED** that the Scheduling Order shall be, and hereby is, amended so that all motions, with exception of evidentiary *in limine* motions, shall be served on or before **October 19, 2018**.

## END OF ORDER ##

**SUBMITTED TO THE COURT BY:**

/s/ Christopher H. Meredith
William H. Leech, MSB No. 1175
Sarah Beth Wilson, MSB No. 103650
Christopher H. Meredith, MSB No. 103656
Shauncey G. Hunter, MSB No. 109185
COPELAND, COOK, TAYLOR & BUSH, P.A.
600 Concourse, Suite 100
1076 Highland Colony Parkway (Zip—39157)
P.O. Box 6020
Ridgeland, MS 39158
Telephone: (601) 856-7200
Facsimile: (601) 856-7626
bleech@cctb.com
sbwilson@cctb.com
cmeredith@cctb.com
shunter@cctb.com
*Counsel for BankPlus*


**AGREED TO AND APPROVED FOR ENTRY BY:**

/s/ Frank H. Coxwell
Frank H. Coxwell, MSB No. 7781
Coxwell & Associates PLLC
500 North State Street
Jackson, Mississippi  39201
Phone: (601) 948-4450
Fax: (601) 608-7858
frank@coxwellattorneys.com
*Counsel for the Defendant*